

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00186-CV |
| Style: | Lloyd Gilliam, Carolyn Gilliam, Martha Hollan, Charlie Beaird, Karen Beaird, Lila Rose Anderson, Michael Sanders, Raquel Sanders, Richard Lon, Priscilla Lon, Donna H. Johnson, Jerome M. Bradke, Nancy Bradke, Mr. and Mrs. E.E. Ewing, Jr., Ricky Leggett, Kenny Bear, Dana Bear, Regina Brueggeman, Steven Brueggeman, Marlo Porras, David Connell, Jr., Jason Bronas, and Barbara McGuire |
| | **v** Santa Fe Independent School District |
| Date motion filed*: | April 21, 2015 |
| Type of motion: | Motion to substitute counsel |
| Party filing motion: | Appellants |
| Document to be filed: | |

Is appeal accelerated?      No

Ordered that motion is:

☑      Granted

      If document is to be filed, document due:

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

**The Clerk of this Court is ordered to substitute Rachaelle Reynolds for Anthony P. Griffin as the appellants' counsel of record.** *See* **TEX. R. APP. P. 6.5(d).**

_____

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
               ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: April 28, 2015

November 7, 2008 Revision